UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JUNIOR E. ZELAYA RODRIGUEZ                )
                                          )
        Petitioner,                       )        Civil Action No. 3:26-CV-00345-CHB
                                          )
v.                                        )
                                          )        **ORDER**
MARKWAYNE MULLIN,                         )
Secretary of the U.S. Department of       )
Homeland Security, in his official        )
capacity, *et al.*,                       )
                                          )
        Respondents.                      )

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Court's own motion. The Court previously ordered Respondents to consider the impact of the Sixth Circuit's recent decision in *Lopez-Campos v. Raycraft*, -- F. 4th --, 2026 WL 1283891 (6th Cir. May 11, 2026). [R. 5]. The Court further ordered that, to the extent the present matter raises only a legal question of whether § 1225(b)(2)(A) or § 1226(a) governs the petitioner's detention and whether continued detention without a bond hearing violates due process, the Respondents must immediately release Petitioner or, in the alternative, provide Petitioner with a bond hearing before a neutral Immigration Judge under 8 U.S.C. § 1226(a). *Id.* The Court Ordered Respondents to "file a Status Report with this Court to certify compliance with this Order" by no later than Wednesday, May 20, 2026. *Id.* On May 15, 2026, Respondents filed a Response to Order to Show Cause stating that "Petitioner has a bond hearing scheduled for May 18, 2026, in Immigration Court." [R. 7]. Respondents have not filed any further update with the Court ensuring that Petitioner actually received that scheduled bond hearing and what the outcome of that hearing was. Accordingly, the Court will order Respondents

- 1 -

to file a status update with the Court by no later than noon on Friday, May 22, 2026, confirming compliance with the Court's previous order. *See* [R. 5].

Accordingly, the Court being sufficiently advised, it is **HEREBY ORDERED** as follows:

1. **By no later than noon on Friday, May 22, 2026**, Respondents **SHALL** file a Status Report with this Court to certify compliance with the Court's previous Order. [R. 5]. The Status Report **SHALL** state (1) whether *Lopez-Campos* resolves the issues in this case in Petitioner's favor (and if not, what other legal issues remain)[1]; (2) if so, whether Petitioner was released or provided a bond hearing; and (3) if Petitioner was provided a bond hearing, the date it occurred, whether bond was granted or denied, and if denied, the reasons for such denial.

This the 21st day of May, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record

---

[1] Any legal issues not previously raised in the briefing will be considered waived.